UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JUNAID AHMAD, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:19-cv-00532-ACA-GMB |
| JOHN HORTON, Sheriff, et al., | ) |
| Respondents. | ) |

## CORRECTED MEMORANDUM OPINION

The magistrate judge filed a report on October 21, 2019, recommending Respondents' motion to dismiss be granted and the petition be dismissed as moot based on Petitioner Junaid Ahmad's removal to Pakistan. (Doc. 17). Although the magistrate judge advised Mr. Ahmad of his right to file specific written objections within fourteen days, the court has not received any objections. In fact, the United States Postal Service returned Mr. Ahmad's copy of the report and recommendation, sent to his address of record, as undeliverable. (Doc. 18).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Because Mr. Ahmad has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga*

*v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, the court **WILL GRANT** Respondents' motion to dismiss (doc. 16), and **WILL DISMISS** the petition **WITHOUT PREJUDICE**.

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this November 18, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE